# 𝔍𝔫 𝔱𝔥𝔢 𝔘𝔫𝔦𝔱𝔢𝔡 𝔖𝔱𝔞𝔱𝔢𝔰 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 ℭ𝔬𝔲𝔯𝔱 𝔣𝔬𝔯 𝔱𝔥𝔢 𝔖𝔬𝔲𝔱𝔥𝔢𝔯𝔫 𝔇𝔦𝔰𝔱𝔯𝔦𝔠𝔱 𝔬𝔣 𝔊𝔢𝔬𝔯𝔤𝔦𝔞 𝔅𝔯𝔲𝔫𝔰𝔴𝔦𝔠𝔨 𝔇𝔦𝔳𝔦𝔰𝔦𝔬𝔫

DENNIS MICHAEL WILKERSON,

    Petitioner,

v.

WARDEN SWANEY,

    Respondent.

2:24-cv-117

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to dismiss Petitioner Dennis Wilkerson ("Wilkerson") 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow this Court's directives. Dkt. No. 3. Wilkerson did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court. See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error."). I **DISMISS without prejudice** Wilkerson's 28 U.S.C. § 2241 Petition for Writ of Habeas Corpus based on his failure to follow the Court's directive, **DIRECT** the Clerk of Court

to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENY** Wilkerson *in forma pauperis* status on appeal.

**SO ORDERED**, this 1 day of December, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA